**FILED**

FEB 07 2005

ARLEN B. COYLE, CLERK
BY _____ Deputy

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

GLORIA MARSH                                                    PLAINTIFF

VS.                                    CIVIL ACTION NO: 1:02CV324-D-D

OKTIBBEHA COUNTY SHERIFF DOLPH
BRYAN, INDIVIDUALLY AND IN HIS OFFICIAL
CAPACITY AS SHERIFF OF OKTIBBEHA COUNTY,       05-60112
MISSISSIPPI ROBERT ELMORE, ED BLESINGAME       U.S. COURT OF APPEALS
SAM GITCHELL, AND EDDIE YOUNG, ALL                **FILED**
INDIVIDUALLY AND IN THEIR OFFICIAL
CAPACITY AS DEPUTY SHERIFFS OF OKTIBBEHA           FEB 22 2005
COUNTY, MISSISSIPPI AND OKTIBBEHA COUNTY,
MISSISSIPPI AND THE JUSTICE COURT OF           CHARLES R. FULBRUGE III
OKTIBBEHA COUNTY, MISSISSIPPI                                    CLERK
                                                               DEFENDANTS

---

## NOTICE OF APPEAL

---

Notice is hereby given that Gloria Marsh hereby appeals to the United States

Court of Appeals for the Fifth Circuit from the Opinion Granting Motion for Summary

Judgment signed and entered in this action on January 10, 2005.

Respectfully submitted,
GLORIA MARSH

By: _____
WILLIAM L. BAMBACH
Attorney for Plaintiff

WILLIAM L. BAMBACH
ATTORNEY AT LAW
POST OFFICE BOX 1313
COLUMBUS, MS 39702
(662) 328-6806
MS BAR NO. 1730

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that I, the undersigned, have this date mailed, postage prepaid, by U.S. Mail, a true and correct copy of the Notice of Appeal to Hon. Robert J. Mims at Post Office Box 1396, Oxford Mississippi 38655.

SO CERTIFIED, this the 4th day of February, A.D., 2005.

WILLIAM L. BAMBACH
MS BAR NO 1730

WILLIAM L. BAMBACH
P.O. BOX 1313
COLUMBUS, MS 39703
(662) 328-6806
MS BAR NO.: 1730

CERTIFIED TRUE COPY ATTEST
Arthur D. Coyle, Clerk of Court
United States District Court
Northern District of Mississippi
By: _____
Deputy Clerk
Date: 2/7/05

APPEAL, CJRA-S, CLOSED, JURY

# U.S. District Court
## Northern District of Mississippi (Eastern Division)
### CIVIL DOCKET FOR CASE #: 1:02-cv-00324-GHD-JAD
#### Internal Use Only

Marsh v. Bryan, et al
Assigned to: Glen H. Davidson
Referred to: Jerry A. Davis
Demand: $0
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 09/09/2002
Jury Demand: Both
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**05-60112**

**Plaintiff**

**Gloria Marsh**

U.S. COURT OF APPEALS
**FILED**

FEB 2 2 2005

CHARLES R. FULBRUGE III
CLERK

represented by **William L. Bambach**
WILLIAM L. BAMBACH,
ATTORNEY
P. O. Drawer 1313
Columbus, MS 39703
(601) 328-6806
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Dolph Bryan**
*Oktibbeha County Sheriff, Individually
and in his official capacity as Sheriff of
Oktibbeha County, Mississippi*

represented by **Robert J. Mims**
DANIEL, COKER, HORTON & BELL
P.O. Box 1396
Oxford, MS 38655
(662) 232-8979
Email: rmims@danielcoker.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Robert nmi Elmore**
*individually and in his official capacity
as Deputy Sheriff of Oktibbeha County,
Mississippi*

represented by **Robert J. Mims**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ed Blasingame**
*individually and in his official capacity
as Deputy Sheriff of Oktibbeha County,*

represented by **Robert J. Mims**
(See above for address)
*LEAD ATTORNEY*

*Mississippi*                                              *ATTORNEY TO BE NOTICED*

### Defendant

**Sam Gitchell**
*individually and in his official capacity*          represented by **Robert J. Mims**
*as Deputy Sheriff of Oktibbeha County,*                        (See above for address)
*Mississippi*                                                   *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

### Defendant

**Oktibbeha County, Mississippi**                    represented by **Robert J. Mims**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

### Defendant

**The Justice Court of Oktibbeha**                   represented by **Jackson M. Brown**
**County, Mississippi**                                         JACKSON M. BROWN, ATTORNEY
*TERMINATED: 06/27/2003*                                        P. O. Box 57
                                                                Starkville, MS 39759-0057
                                                                (601) 323-4126
                                                                *TERMINATED: 01/22/2003*
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

### Defendant

**Eddie Young**                                      represented by **Robert J. Mims**
*Individually and In His Official*                              (See above for address)
*Capacity as Deputy Sheriff of*                                 *ATTORNEY TO BE NOTICED*
*Oktibbeha County, MS*

### Defendant

**Doug Young**
*individually and in his official capacity*
*as Deputy Sheriff of Oktibbeha County,*
*Mississippi*
*TERMINATED: 10/28/2002*

| Date Filed | *pp* # | Docket Text |
|---|---|---|
| 09/09/2002 | *1-7* 1 | COMPLAINT for civil rights violation FILING FEE $ 150 RECEIPT # 69014; jury demand (jla) |
| 09/09/2002 | | **Set Jury Flag (jla) |
| 09/09/2002 | | NOTICE OF ASSIGNMENT Chief Judge Glen H. Davidson and Magistrate Judge Jerry A. Davis (jla) |

| 09/10/2002 | | SUMMONS(ES) issued for Dolph Bryan, Robert nmi Elmore, Ed Blasingame, Sam Gitchell, Eddie Young, Oktibbeha County, MS, The Justice Court of (jla) |
|---|---|---|
| 09/19/2002 | 8-15  (2) | AMENDED COMPLAINT by Gloria Marsh amending [1-1] complaint against Doug Young; jury demand (jla) |
| 09/19/2002 | | **Terminated party Eddie Young per #2 (jla) |
| 09/19/2002 | | ALIAS SUMMONS issued for Dolph Bryan, Robert nmi Elmore, Ed Blasingame, Sam Gitchell, Oktibbeha County, MS, The Justice Court of (jla) |
| 09/19/2002 | | SUMMONS(ES) issued for Doug Young (jla) |
| 09/25/2002 | 16-20  (3) | SUMMONS Returned Executed as to Robert nmi Elmore, Ed Blasingame, Sam Gitchell, Oktibbeha County, MS, The Justice Court of 9/23/02 Answer due on 10/13/02 for The Justice Court of, for Oktibbeha County, MS, for Sam Gitchell, for Ed Blasingame, for Robert nmi Elmore (dlh) |
| 10/02/2002 | 21-22  (4) | SUMMONS Returned Executed as to Dolph Bryan 9/30/02 Answer due on 10/20/02 for Dolph Bryan (jla) |
| 10/21/2002 | 23-24  (5) | NOTICE of Attorney Appearance for The Justice Court of by Jackson M. Brown (dlh) |
| 10/21/2002 | 25  (6) | ORDER reset Answer deadline to 11/15/02 for The Justice Court of ( signed by Magistrate Judge Jerry A. Davis on 10/21/02) Date of Entry: 10/21/02 (dlh) |
| 10/28/2002 | | **Terminated party Doug Young (dlh) |
| 10/28/2002 | 26-32  (7) | ANSWER by Oktibbeha County, MS, Sam Gitchell, Ed Blasingame, Robert Elmore, Dolph Bryan, Eddie Young to amended complaint (dlh) (Entered: 10/29/2002) |
| 11/13/2002 | 33-35  (8) | RULE 16.1(A) INITIAL ORDER setting Telephonic Case Management Conference (CMC) at 10:00 3/13/03 before Magistrate Judge Jerry A. Davis . No later than 21 days prior to the CMC, counsel shall confer, either in person or telephonically. ( signed by Magistrate Judge Jerry A. Davis on 11/13/02) (dlh) |
| 11/18/2002 | 36-41  (9) | ANSWER by The Justice Court of to amended complaint (dlh) |
| 12/12/2002 | | Telephonic Case Management Conference reset at 10:00 3/11/03 Location: Aberdeen before Magistrate Judge Jerry A. Davis (dlh) |
| 01/22/2003 | 42-43  (10) | AGREED ORDER, Substituting Attorney terminated attorney Jackson M. Brown for The Justice Court of (signed by Magistrate Judge Jerry A. Davis on 1/22/03) Date of Entry: 1/22/03 (jla) |
| 01/23/2003 | | Telephonic Case Management Conference reset at 11:00 3/18/03 Location: Aberdeen before Magistrate Judge Jerry A. Davis (jla) |

| 03/11/2003 | (11) 44-46 | NOTICE OF SERVICE of pre-discovery disclosure by The Justice Court of, Oktibbeha County, MS, Sam Gitchell, Ed Blasingame, Robert nmi Elmore, Dolph Bryan, Eddie Young to Gloria Marsh (jla) |
|---|---|---|
| 03/13/2003 | | Telephonic Case Management Conference reset at 1:30 3/25/03 Location: Aberdeen before Magistrate Judge Jerry A. Davis (jla) |
| 03/21/2003 | (12) 47-48 | NOTICE OF SERVICE of pre-discovery disclosure by Gloria Marsh to The Justice Court of, Oktibbeha County, MS, Sam Gitchell, Ed Blasingame, Robert nmi Elmore, Dolph Bryan, Eddie Young (jla) |
| 03/27/2003 | (13) 49 | CIVIL MINUTES for: T/CMC held 3/25/03 before Mag. Judge Davis; ELT 2-3 days; JT set 9:40 4/19/04 in Aberdeen before Chief Judge Davidson; FPTC set 10:00 4/2/04; Case Management Order entered setting deadlines; poor chance of settlement (jla) |
| 03/27/2003 | | Telephonic Case Management Conference held on 3/25/03 (jla) |
| 03/27/2003 | (14) 50-53 | CASE MANAGEMENT PLAN AND SCHEDULING ORDER Case Assigned to CJRA Track: Standard Scheduling Deadlines: Final Pretrial Conference for 10:00 4/2/04 in Aberdeen before Mag. Judge Davis; Discovery cutoff 9/25/03 ; Joining of parties,amending of pleadings by 5/15/03 ; Pla. Designation of Experts by 7/1/03 ; Dft Designation of Experts by 8/1/03 ; Motion Filing deadline on 10/9/03 ; ( signed by Magistrate Judge Jerry A. Davis on 3/27/03) (jla) |
| 03/27/2003 | | NOTICE of MVD/Jury Trial set at 9:30 4/19/04 Location: Aberdeen before Chief Judge Glen H. Davidson (rke) |
| 03/31/2003 | | NOTICE of Final Pretrial Conference set at 10:00 4/2/04 Location: Aberdeen before Magistrate Judge Jerry A. Davis (dlh) |
| 05/16/2003 | (15) 54-56 | NOTICE OF SERVICE of first requests for production of documents and interrogatories by The Justice Court of, Oktibbeha County, MS, Sam Gitchell, Ed Blasingame, Robert nmi Elmore, Dolph Bryan, Eddie Young to Gloria Marsh (dlh) |
| 06/27/2003 | (16) 57-59 | NOTICE by The Justice Court of, Oktibbeha County, MS, Sam Gitchell, Ed Blasingame, Robert nmi Elmore, Dolph Bryan, Eddie Young to take deposition of Gloria Marsh 8/7/03 in Columbus (jla) |
| 06/27/2003 | (17) 60 | JUDGMENT dismissing Justice Court of Oktibbeha County with prejudice, each party to bear own costs ( signed by Chief Judge Glen H. Davidson on 6/27/03) Date of Entry: 6/27/03 (mhg) |
| 06/27/2003 | | **Terminated party The Justice Court of (mhg) (Entered: 06/30/2003) |
| 07/07/2003 | (18) 61-62 | NOTICE OF SERVICE of supplemental pre-discovery disclosure by Oktibbeha County, MS, Sam Gitchell, Ed Blasingame, Robert nmi Elmore, Dolph Bryan, Gloria Marsh to Eddie Young (dlh) |
| 08/07/2003 | (19) 63-64 | NOTICE by Gloria Marsh to take deposition of Dolph Bryan 8/25/03 Starkville (dlh) |

| 08/07/2003 | (20) 65-66 | NOTICE by Gloria Marsh to take deposition of Pat Gray 8/25/03 Starkville (dlh) |
|---|---|---|
| 08/07/2003 | (21) 67-68 | NOTICE by Gloria Marsh to take deposition of Rick Sharp 8/25/03 Starkville (dlh) Modified on 08/07/2003 |
| 08/19/2003 | (22) 69-70 | NOTICE by Gloria Marsh to take deposition of Pat Gray 8/25/03 in Starkville (jla) |
| 08/19/2003 | (23) 71-72 | NOTICE by Gloria Marsh to take deposition of Dolph Bryan 8/25/03 in Starkville (jla) |
| 08/19/2003 | (24) 73-74 | NOTICE by Gloria Marsh to take deposition of Rick Sharp 8/25/03 in Starkville (jla) |
| 08/26/2003 | (25) 75-77 | RE-NOTICE by Oktibbeha County, MS, Sam Gitchell, Ed Blasingame, Robert nmi Elmore, Dolph Bryan, Eddie Young to take deposition of Gloria Marsh 8/27/03 in Columbus (jla) |
| 09/17/2003 | (26) 78-79 | MOTION by Gloria Marsh to Extend Scheduling Order Deadline(s): Discovery [26-1] motion referred to Magistrate Judge Jerry A. Davis (mhg) |
| 09/18/2003 | (27) 80 | ORDER granting [26-1] motion to Extend Scheduling Order Deadline(s): Discovery Discovery cutoff to 10/24/03 ; Motion Filing to 11/10/03 ; ( signed by Magistrate Judge Jerry A. Davis on 9/18/03) Date of Entry: 9/18/03 (mhg) |
| 09/22/2003 | (28) 81-83 | RESPONSE by Oktibbeha County, MS, Sam Gitchell, Ed Blasingame, Robert nmi Elmore, Dolph Bryan, Eddie Young to [26-1] motion to Extend Scheduling Order Deadline(s): Discovery by Gloria Marsh (mhg) (Entered: 09/23/2003) |
| 11/06/2003 | (29) 84-85 | NOTICE OF SERVICE of second supplemental pre-discovery disclosure by Oktibbeha County, MS, Sam Gitchell, Ed Blasingame, Robert nmi Elmore, Dolph Bryan, Eddie Young to Gloria Marsh (dlh) |
| 11/06/2003 | (30) 86-89 | MOTION by Oktibbeha County, MS, Sam Gitchell, Ed Blasingame, Robert nmi Elmore, Dolph Bryan, Eddie Young to Extend Case Management Order discovery [30-1] motion referred to Magistrate Judge Jerry A. Davis (dlh) |
| 11/18/2003 | (31) 90 | ORDER granting [30-1] motion to Extend Case Management Order Discovery cutoff to 12/12/03 ; Motion Filing to 12/31/03 ; ( signed by Magistrate Judge Jerry A. Davis on 11/18/03) Date of Entry: 11/18/03 (dlh) |
| 12/12/2003 | (32) 91-92 | PROOF OF SERVICE of Subpoena by Oktibbeha County, MS, Sam Gitchell, Ed Blasingame, Robert nmi Elmore, Dolph Bryan, Eddie Young Subpoena served on Gail Reeves and Patsy Parrish 11/30/03 (dlh) |
| 12/15/2003 | (33) 93-94 | NOTICE OF SERVICE of third supplemental pre-discovery disclosure by Oktibbeha County, MS, Sam Gitchell, Ed Blasingame, Robert nmi |

| | | |
|---|---|---|
| | | Elmore, Dolph Bryan, Eddie Young to Gloria Marsh (jla) |
| 01/07/2004 | 34   95- | PROOF OF SERVICE of Subpoena by Oktibbeha County, MS, Sam Gitchell, Ed Blasingame, Robert nmi Elmore, Dolph Bryan Subpoena served on MS State Dept of Health-Sanitation Division 12/19/03 (dlh) |
| 01/26/2004 | 35   96 | PROOF OF SERVICE of Subpoena by Oktibbeha County, MS, Sam Gitchell, Ed Blasingame, Robert nmi Elmore, Dolph Bryan Subpoena served on Ann Tabb 1/15/04 (dlh) |
| 02/02/2004 | 36   97-99 | PROOF OF SERVICE of Subpoena by Oktibbeha County, MS, Sam Gitchell, Ed Blasingame, Robert nmi Elmore, Dolph Bryan, Eddie Young Subpoena served on Kenneth O'Neal 1/20/04 (mhg) |
| 02/27/2004 | 37   100-101 | NOTICE OF SERVICE fourth supplemental pre-discovery disclosure by Oktibbeha County, MS, Sam Gitchell, Ed Blasingame, Robert nmi Elmore, Dolph Bryan, Eddie Young to Gloria Marsh (mhg) |
| 03/02/2004 | 102-103   38 | MOTION by Gloria Marsh to Continue trial set for 4/19/04 (dlh) |
| 03/11/2004 | 104-105   39 | MOTION by Gloria Marsh to Continue trial set 4/19/04 (mhg) |
| 03/17/2004 | 40   106 | ORDER granting [39-1] motion to Continue trial set 4/19/04, granting [38-1] motion to Continue trial set for 4/19/04 until further order of the court ( signed by Chief Judge Glen H. Davidson on 3/17/04) Date of Entry: 3/17/04 (dlh) |
| 03/17/2004 | | **Terminated deadlines for trial set for 4/19/04 (dlh) |
| 03/18/2004 | | NOTICE of continuation of final pretrial conference until further notice (jla) |
| 03/18/2004 | | **Terminated deadlines (jla) |
| 03/24/2004 | | NOTICE of MVD/Jury Trial reset at 9:30 2/14/05 Location: Aberdeen before Chief Judge Glen H. Davidson (rke) |
| 03/25/2004 | | NOTICE of Final Pretrial Conference set at 10:00 1/19/05 Location: Aberdeen before Magistrate Judge Jerry A. Davis (dlh) |
| 04/09/2004 | 41   107-108 | NOTICE OF SERVICE of supplemental pre-discovery disclosure by Gloria Marsh to Oktibbeha County, MS, Sam Gitchell, Ed Blasingame, Robert nmi Elmore, Dolph Bryan, Eddie Young (dlh) |
| 07/13/2004 | 42   109-111 | MOTION by Oktibbeha County, MS, Sam Gitchell, Ed Blasingame, Robert Elmore, Dolph Bryan, Gloria Marsh, Eddie Young for entry of a scheduling order [42-1] motion referred to Magistrate Judge Jerry A. Davis (dlh) |
| 07/15/2004 | 43   112 | ORDER granting [42-1] motion for entry of a scheduling order, reset Discovery deadline to 10/1/04 , reset Motion Filing deadline to 10/14/04 ( signed by Magistrate Judge Jerry A. Davis on 7/15/04) Date of Entry: 7/15/04 (dlh) |

| | | |
|---|---|---|
| 08/18/2004 | 113 - 115 (44) | RE-NOTICE by Oktibbeha County, MS, Sam Gitchell, Ed Blasingame, Robert nmi Elmore, Dolph Bryan, Eddie Young to take deposition of Gloria Marsh 8/20/04 in Columbus (jla) |
| 09/01/2004 | 116 - 118 (45) | RE-NOTICE by Oktibbeha County, MS, Dolph Bryan, Eddie Young to take deposition of Gloria Marsh 9/20/04 Columbus (dlh) |
| 10/19/2004 | 119 - 325 (46) | MOTION by Oktibbeha County, MS, Sam Gitchell, Ed Blasingame, Robert nmi Elmore, Dolph Bryan for Summary Judgment (jla) |
| 11/12/2004 | 326 - 327 (47) | MOTION for Extension of Time to File Response to [46] Motion for Summary Judgment by Gloria Marsh. (mhg, USDC) |
| 11/16/2004 | (48) 328 | ORDER granting 47 Motion for Extension of Time to File Response/Reply re [46] Motion for Summary Judgment Responses due by 12/10/2004. Signed by Judge Glen H. Davidson on 11/15/2004. (dlh, USDC) |
| 12/13/2004 | 329 - 334 (49) | RESPONSE to Motion re [46] Motion for Summary Judgment filed by Gloria Marsh. (jla, USDC) |
| 12/16/2004 | 335 - 337 (50) | Supplement to Response to [46] Motion for Summary Judgment by Gloria Marsh. (dlh, USDC) |
| 01/03/2005 | 338 - 341 (51) | MOTION to Strike 50 Response by Eddie Young, Dolph Bryan, Robert nmi Elmore, Ed Blasingame, Sam Gitchell, Oktibbeha County, Mississippi. (jla, USDC) |
| 01/04/2005 | (O) | Motions No Longer Referred: 51 MOTION to Strike 50 Response (dlh, USDC) |
| 01/11/2005 | 342 - (52) | ORDER granting [46] Motion for Summary Judgment, denying as moot 51 Motion to Strike; dismissing all claims against all defendants . CASE CLOSED. Signed by Judge Glen H. Davidson on 1/10/05. (mhg, USDC) |
| 01/11/2005 | 343 - 355 (53) | MEMORANDUM OPINION re 52 Order on Motion for Summary Judgment, Order on Motion to Strike. Signed by Judge Glen H. Davidson on 1/10/05. (mhg, USDC) |
| 02/07/2005 | 356 - 357 (54) | NOTICE OF APPEAL as to 52 Order on Motion for Summary Judgment, Order on Motion to Strike by Gloria Marsh. Filing fee $ 255, receipt number 79097. Appeal Record due by 2/22/2005. (dlh, USDC) |
| 02/07/2005 | (O) | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 54 Notice of Appeal (dlh, USDC) |
| 02/08/2005 | (O) | Certified and Transmitted Record on Appeal to US Court of Appeals re 54 Notice of Appeal (2 volumes record) (dlh, USDC) |

CERTIFIED TRUE COPY ATTEST
Arlen B. Coyle, Clerk of Court
United States District Court
Northern District of Mississippi

By: _____ Deputy Clerk
Date: 2/8/05